IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12-CR-3056-1 |
| vs. | |
| KENNAN RASHON MALLORY, | ORDER |
| Defendant. | |

This matter is before the Court on the government's Motion and Request for Hearing Pursuant to Rule 35(b). Filing 105. The government has represented that the motion is ripe. Accordingly,

IT IS ORDERED:

1. The parties are directed to confer on a date and time and contact the Court, on or before December 17, 2013, to schedule a hearing. The parties should be prepared to advise the Court whether the defendant wants to be present for the hearing, participate by telephone, or waive his appearance.

Dated this 3rd day of December, 2013.

BY THE COURT:

John M. Gerrard
United States District Judge