IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KENNAN RASHON MALLORY,<br><br>　　　　　　Defendant. | 4:12-CR-3056-1<br><br><br>**ORDER** |

　　　　IT IS ORDERED that:

　　1.　On defense counsel's oral motion, without objection by the government, the government's motion for reduction of sentence pursuant to Rule 35(b) has been rescheduled for <u>Friday, December 20, 2013, at 9:30 a.m.</u>, before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

　　2.　The defendant has notified the Court that he does not wish to appear at the hearing, either in person or by telephone. The Court therefore finds that defendant has waived his right to be present.

　　3.　The Marshal is directed not to return the defendant to the district.

　　4.　The Clerk of the Court shall provide a copy of this order to counsel for the government and counsel for the defendant.

Dated this 9th day of December, 2013.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　United States District Judge